**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENZELL MAGIC METCALF, | No.  1:26-cv-02109 JLT FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* BE DENIED |
| v. | |
| FUNK, *et al.*, | (Docs. 2, 9) |
| Defendants. | **TWENTY-ONE (21) DAY DEADLINE** |

Denzell Magic Metcalf is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2026, the assigned magistrate judge issued findings and recommendations that plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.  (Doc. 9.) The Court served the findings and recommendations on the plaintiff, notified him that any objections thereto were to be filed within 14 days, and warned him that failure to timely file objections may result in the waiver of certain appellate rights.  (*Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  No objections have been filed, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Thus, the Court

1

**ORDERS**:

    1.    The findings and recommendations issued on March 23, 2026, (Doc. 9), are **ADOPTED IN FULL.**

    2.    According to 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is **DENIED**.

    3.    Within **21 days** following the date of service of this order, plaintiff shall pay the $405.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   **April 25, 2026**

_____
UNITED STATES DISTRICT JUDGE

2